IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01565-RM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. GOLDSTON, individually and as trustee of Old Times Holding Trust and High Mountain Holding Trust,
NANCY S. GOLDSTON, individually and as trustee of Old Times Holding Trust and High Mountain Holding Trust, and
W.W. INVESTMENT GROUP, LLC, as trustee of Old Times Holding Trust and High Mountain Holding Trust,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Appear Telephonically** [Docket No. 12; Filed September 30, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on October 10, 2013 at 10:00 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated:  September 30, 2013