IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01565-RM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. GOLDSTON, individually and as trustee of Old Times Holding Trust and High Mountain Holding Trust,
NANCY S. GOLDSTON, individually and as trustee of Old Times Holding Trust and High Mountain Holding Trust,
JANET SENNEKER,
JAMES SENNEKER, and
W.W. INVESTMENT GROUP, LLC, as trustee of Old Times Holding Trust and High Mountain Holding Trust,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Overlength Brief** [#32][1] (the "Motion"). In the Motion, Plaintiff seeks leave to file a motion for summary judgment that exceeds the 20-page limit imposed by Judge Moore's Practice Standards.[2]  *See* Civ. Practice Standard IV.B.2. The Court notes that the Motion also states that Plaintiff "does not object to a similar extension of the page limit for opposition briefs," *Motion* [#32] at 2, and that the proposed order attached to the Motion includes proposed modified page limitations for the anticipated response and reply. However, the Motion only requests expansion of the page limit for the moving brief. Accordingly, the

---

    [1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

    [2] To the extent the Motion concludes by asking for the Court to grant it leave to file an amended complaint, *Motion* [#32] at 2-3, the Court finds that this language is inadvertently included, likely from when Plaintiff filed its Unopposed Motion for Leave to File Amended Complaint [#23], which was granted on November 8, 2013 [#26]. Accordingly, the Court disregards this request.

Court does not address the page limits for the anticipated response and reply herein.

IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. Plaintiff may file a motion for summary judgment of up to 35 pages. As noted in Judge Moore's Practice Standards, the page limitation includes "the motion, cover page, jurisdictional statement, statement of facts, procedural history, argument, closing, signature block, and all other matters, except the certificate of service." Civ. Practice Standard IV.B.2.

Dated: May 8, 2014