IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01565-RM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. GOLDSTON, individually and as trustee of Old Times Holding Trust and High Mountain Holding Trust,
NANCY S. GOLDSTON, individually and as trustee of Old Times Holding Trust and High Mountain Holding Trust,
JANET SENNEKER,
JAMES SENNEKER, and
W.W. INVESTMENT GROUP, LLC, as trustee of Old Times Holding Trust and High Mountain Holding Trust,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation Regarding Contingent Interest of James and Janet Senneker** [#30][1] that was filed as a motion (the "Motion"). In the Motion, the parties state their agreement regarding Defendant Janet Senneker's and Defendant James Senneker's interest in the subject property. Based on the agreement of the parties,

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Defendant Janet Senneker and Defendant James Senneker are relieved from further participation until such time as the Court considers arguments on the disposition of the subject property. However, Defendant Janet Senneker and Defendant James Senneker shall respond to discovery requests, should any be directed to them in this case.

    Dated: May 19, 2014

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.