## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: January 30, 2015 |
| Court Reporter: Tammy Hoffschildt | |

**CASE NO.   13-cv-01565-RM-KLM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Aaron Bailey |
| Plaintiff, | |
| v. | |
| DAVID W. GOLDSTON, individually, | *Pro Se* |
| JAMES SENNEKER, | |
| JANET SENNEKER, | |
| DAVID W. GOLDSTON, as Trustee, Old Times Holding Trust and High Mountain Holding Trust, | *Pro Se* |
| GUNNISON COUNTY, | Arthur A. B. Trezise |
| FIRST PINKSTON LIMITED PARTNERSHIP, | Robert O'Hayre |
| NANCY S. GOLDSTON, individually, | *Pro Se* |
| NANCY S. GOLDSTON, as Trustee, Old Times Holding Trust and High Mountain Holding Trust, and | *Pro Se* |
| W.W. INVESTMENT GROUP, LLC, as Trustee, Old Times Holding Trust and High Mountain Holding Trust, | |
| Defendant(s). | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**
**COURT IN SESSION**:   1:00 p.m.
Court calls case. Appearances of counsel and *pro se* parties by telephone.

Discussion held regarding the status of the case and the Joint Motion for Entry of Partial Judgment Pursuant to Rule 54(b) as to Real Property Identified as "Lot 2" (Doc. 66, filed 1/15/15).

**ORDERED:**   The Joint Motion for Entry of Partial Judgment Pursuant to Rule 54(b) as to Real Property Identified as "Lot 2" (Doc. 66, filed 1/15/15) is GRANTED.

**ORDERED:** The parties shall file a Joint Status Report regarding the sale of the property within six (6) months of this date.

**COURT IN RECESS**:     **1:13 p.m.**
**Total in court time**:     **00:13**
**Hearing concluded**