**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13–cv–01565–RM–KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID W. GOLDSTON, individually and as Trustee
of Old Times Holding Trust and Trustee of High Mountain Holding Trust;
NANCY S. GOLDSTON, individually and as Trustee
of Old Times Holding Trust and Trustee of High Mountain Holding Trust;
JANET SENNEKER;
JAMES SENNEKER;
W.W. INVESTMENT GROUP, LLC, as
Trustee of Old Times Holding Trust and
Trustee of High Mountain Holding Trust;
FIRST PINKSTON L.P.; and
GUNNISON COUNTY,

    Defendants.

---

**ORDER**

---

This matter is before the Court on the Stipulation for the Disbursement of Remaining Proceeds from Sale of Lot 2 ("Stipulation") (ECF No. 75) whereby Plaintiff the United States of America, Defendant First Pinkston, L.P., and Defendant Gunnison County have stipulated to the disbursement of approximately $27,500.00 in sale proceeds from the sale of Davenport Ranch, Lot 2, in Gunnison County, Colorado. Defendant First Pinkston, L.P. certifies that the Senneker Defendants do not object to the Stipulation while the Goldston Defendants did not respond to an inquiry regarding their position as to the Stipulation. Upon consideration of the Stipulation, and

the representations by the parties therein, and the Court file, and being otherwise fully advised, the Stipulation is APPROVED and SO ORDERED by this Court.

DATED this 8th day of September, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge